IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN MCGHEE, #216413, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO.  2:13cv001-TMH |
| ) | (WO) |
| WARDEN III GARY HETZEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 20, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 20).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is  hereby DISMISSED without prejudice for the plaintiff's failure to respond as directed by the orders of the court, and his failure to prosecute this action.

Done this 20th day of August, 2013.

  /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE